RECORDED AT THE REQUEST OF:

Deborah P. Gutierrez, Esq.

WHEN RECORDED MAIL TO:

Prosper Law Corporation

Deborah P. Gutierrez, Esq.

5301 Beethoven Street, Suite 109

Los Angeles, CA 90066



COPY of Document Recorded
06/10/2011
*20110799867*

(Space above this line for Recorder's use only)

# Lis Pendens
(Document Title)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (Cal. Gov. Code 927361.6)

REC 33    (1-93)

Gordon F. Dickson, Esq. (SBN: 136857)
Deborah P. Gutierrez, Esq. (SBN: 240383)
**PROSPER LAW CORPORATION**
5301 Beethoven Street, Suite 109
Los Angeles, CA 90066
Office: (310) 893-6207
Fax: (310) 808-0428

Attorney for Plaintiff
MARINA CHASNIK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARINA CHASNIK, | Case No. 2:11-cv-01324-DMG-JCG |
| Plaintiff, | **NOTICE OF LIS PENDENS** |
| vs. | [CCP Section 405.20] |
| IFG MORTGAGE SERVICES INC., BANK OF AMERICA HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; and Does 1-100, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the above-entitled action was commenced in the above-entitled court on January 3, 2011 by, Marina Chasnik, Plaintiff, against defendants IFG MORTGAGE SERVICES INC., BANK OF AMERICA HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A. and Does 1-100, inclusive.

The action relates to title to specific real property and the right to ownership and possession of specific real property located at 2311 Roscomare Road, Unit 5, Los Angeles, CA 90077. Plaintiff claims an ownership interest in said property based upon title, and alleges that said defendants are attempting to foreclose on said real property without right, authority, or legal standing. Plaintiff's complaint states causes of action for Declaratory Relief, Negligence, Business and Professions Code §17200, and Intentional Infliction of Emotional Distress. Said real property is more particularly described as:

A CONDOMINIUM

COMPRISED OF PARCEL 1

A) AN UNDIVIDED 1/19TH INTEREST IN AND LOT 1, OF TRACT NO. 35054, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 916 PAGE(S) 33 AND 34 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

EXCEPT THEREFROM UNITS 1 TO 19, AS DEFINED AND DELINEATED ON THE CONDOMINIUM PLAN RECORDED ON JULY 26, 1979 AS INSTRUMENT NO.79-822078, OFFICIAL RECORDS

B) UNIT 5 AS DEFINED AND DELINEATED ON THE ABOVE-MENTIONED CONDOMINIUM PLAN

APN: 4378-019-014

Dated: June 9, 2011                              PROSPER LAW CORPORATION

By: _____
Gordon F. Dickson, Esq.
Deborah P. Gutierrez, Esq.
Attorneys for Plaintiff
Marina Chasnik

NOTICE OF LIS PENDENS

2

## PROOF OF SERVICE

### Marina Chasnik vs I.F.G. Mortgage Services, Inc., et al.
### USDC Central District of CA – Western Division Case No. 2:11-cv-01324-DMG-JCG

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 5301 Beethoven Street, Suite 109, Los Angeles, California 90066. On June 9, 2011, I served the following document(s) by the method indicated below:

### NOTICE OF LIS PENDENS

[ ]   by transmitting via facsimile on this date from fax number (866) 409-9475 the documents listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

[X]   by placing the document(s) listed above in a sealed envelope via certified mail with postage thereon fully prepaid, in the United States mail at Marina Del Rey, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ ]   by placing the documents(s) listed above in sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

**(See attached service list)**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 9, 2011, at Los Angeles, California.

_____
Mario Medina

## SERVICE LIST

Marina Chasnik vs I.F.G. Mortgage Services, Inc., et al.
USDC Central District of CA – Western Division Case No. 2:11-cv-01324-DMG-JCG

<u>Authorized Agent for Defendant, I.F.G. Mortgage Services, Inc.</u>
c/o Hyrum Pingree, 3rd
9471 Brewer Way
Villa Park, CA 92861:

<u>Attorney for Defendants, Bank of America Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP and ReconTrust Company, N.A.</u>
Steven A. Ellis (SBN 171742)
Alison M. Norris (SBN 248711)
Shanna M. Ramsower (SBN 272430)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017